**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

MYREAL TILLMAN, on behalf of                                Civil Action No. 2:16-CV-14291
herself and those similarly situated,

　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　 JUDGE JANE TRICHE MILAZZO

vs.

LOUISIANA CHILDREN'S MEDICAL                         MAGISTRATE JUDGE
CENTER, aka LCMC HEALTH AND                               JANIS VAN MEERVELD
TOURO INFIRMARY

　　　　　　　　　　Defendants

# O R D E R

Considering the foregoing Consent Motion for Order of Final Dismissal With Prejudice;

**IT IS HEREBY ORDERED**, that the motion is **GRANTED,** and that this action be and

it is hereby dismissed as to all parties with prejudice.

New Orleans, Louisiana, this 31st day of January, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**